PROB 35     **ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **Docket Number: 1:09CR00087** |
| ) | |
| **ROSA YOLANDA LOPEZ** ) | |

On April 23, 2007, the above-named was placed on Supervised Release for a period of 3 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/Yasmin Villegas
**YASMIN VILLEGAS**
**United States Probation Officer**

Dated:     April 23, 2009
              Fresno, California
              YV

**REVIEWED BY:**     /s/Thomas Burgess
                          **THOMAS BURGESS**
                          **Supervising United States Probation Officer**

**Re: ROSA YOLANDA LOPEZ**
**Docket Number: 1:09CR00087**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the Supervisee be discharged from Supervised Release, and that the proceedings in the case be terminated.
IT IS SO ORDERED.

**Dated: May 12, 2009**           **/s/ Oliver W. Wanger**
                                  UNITED STATES DISTRICT JUDGE